# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

129524

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE RILEY WILLIAM BRITT, TAYLOR
LEXUS BRITT and MYKENZIE ERIN
BRITT, Minors.

_____

FAMILY INDEPENDENCE AGENCY,
          Petitioner-Appellee,

v

MELLISSA LOUISE BILBREY,
          Respondent-Appellant,

and

ERIC EARL BRITT,
          Respondent.
_____/

SC: 129524
COA: 260216
Wayne CC
Family Division: 03-417776-NA

On order of the Court, the application for leave to appeal the August 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

Clerk

s1010